UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VEDIA L. JONES,

    Plaintiff,

v.                                      Case No: 15-13165
                                        Honorable Victoria A. Roberts

CREDIT ACCEPTANCE
CORPORATION,

    Defendant/Third-Party Plaintiff,

v.

KALEAYAH JACKSON,

    Third Party-Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 31, 2016, Magistrate Judge Stafford issued a Report and Recommendation, recommending that Defendant's Motion to Stay (Doc. #21) be granted. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED**; this case is **STAYED**. Defendants must immediately notify Magistrate Judge Stafford when the D.C. Circuit Court issues a ruling on the validity of a FCC Declaratory Ruling regarding the Telephone Consumer Protection Act.

**IT IS ORDERED**.

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated:  December 15, 2016

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 15, 2016.<br><br>s/Linda Vertriest<br>Deputy Clerk |